| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Gregory J. Doan SBN 165174**<br>**Anthony B. Vigil SBN 259597**<br>**Doan Law, LLP**<br>**635 Camino de los Mares, Suite 100**<br>**San Clemente, CA 92673**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>anthony@doanlawfirm.com<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Debtor* | **FILED & ENTERED**<br><br>**MAY 16 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kent       DEPUTY CLERK** |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Scarlett Ann Lang**<br><br>                                                      Debtor(s). | CHAPTER: **13**<br>CASE NO.: **8:11-bk-15335-RK**<br>DATE: **05/10/2011**<br>TIME: **10:30 a.m.**<br>CTRM: **5D**<br>FLOOR: **5** |
|---|---|

### ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY
### (MOVANT:  Debtor Scarlett Ann Lang       )

1. The Motion was:     ☐ Contested     ☒ Uncontested     ☐ Settled by stipulation

2. The Motion affects the following personal property ('Property'):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

    *Vehicle Identification Number:*

    *Location of Vehicle (if known):*

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial number(s):*

    *Location (if known):*

    ☐ Other Personal Property *(describe type, identifying information, and location)*:

    ☒ Real Property

    *Street Address:*     **21741 Rimrock Circle**

    *Apt./Suite No.:*

    *City, State, Zip Code:*     **Lake Forest, CA 92630**
    Legal description or document recording number (including county of recording):

    **LOT NUMBER: 16; TRACT: 8886; CITY/MUNI/TWNSP: LAKE FOREST**

    ☐ See attached page.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                           **F 4001-1O.IS**

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay -    **F 4001-1O.IS**

3. The Motion is granted on the grounds that:

   a ☒ The present case was filed in good faith.

   b ☒ The Property is of consequential value or benefit to the estate.

   c. ☒ The presumption of bad faith under 11 U.S.C.§ 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

   d ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§ 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

   a ☐ Imposed <u>as to all creditors</u> until further order of the court.

   b ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

   d ☒ Continued <u>as to all creditors</u> until further order of the court.

   e ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

6. ☐ See attached continuation page for additional provisions.

###

DATED: May 16, 2011

_____
United States Bankruptcy Judge

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.IS**

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay -    **F 4001-1O.IS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**635 Camino de los Mares, Suite 100, San Clemente, CA 92673**

A true and correct copy of the foregoing document described as  **ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  **05/13/11**  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Robert Kwan**
**United States Bankruptcy Court**
**411 West Fourth Street, Suite 5165**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 13, 2011** | **Alicia Thompson** | */s/ Alicia Thompson* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.IS**

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay -    **F 4001-1O.IS**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* **ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 13, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Amrane Cohen : efile@ch13ac.com
United States Trustee (SA) : ustpregion16.sa.ecf@usdoj.gov
Gregory J Doan: ecf@doanlaw.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Scarlett Lang
21741 Rimrock Circle
Lake Forest, CA 92630

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| | | |
|---|---|---|
| U.S. Bank Home Mortgage<br>3121 Michaelson Dr<br>Irvine, CA 92612 | Professional Collection Consultants<br>6700 Centinela Blvd. 3rd Fl<br>Culver City, CA 90230 | Atlas International<br>1820 W Orangewood Ave St<br>Orange, CA 92868 |
| Cred Bur Svc<br>120 Calle Iglesia Ste A<br>San Clemente, CA 92672 | Diversified Svs Group<br>5800 E Thomas Rd Ste 107<br>Scottsdale, AZ 85251 | Vativ Recovery Solutions, LLC<br>Genesis Financial Solutions<br>PO Box 19249<br>Sugar Land, TX 77496 |
| Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812 | Grant & Weber<br>26575 West Agoura Road<br>Calabasas, CA 91302 | OC Superior Court<br>23141 Moulton Pkwy. Bldg C   2nd Fl<br>Laguna Hills, CA 92653 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J J Mac Intyre Co Inc<br>1801 California Ave<br>Corona, CA 92881 | Law Offices of Scott D. WU<br>8726-D Sepulveda Blvd. PMB 1321<br>Los Angeles, CA 90045 |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.IS**